Civil- (Dec-2008)

HONORABLE: Janet Bond Arterton
DEPUTY CLERK: Liana Barry      RPTR/ECRO/TAPE: Corinne Thomas
TOTAL TIME: 0 hours 54 minutes
DATE: 4/26/2023      START TIME: 11:10      END TIME: 12:04
LUNCH RECESS    FROM:          TO:
RECESS (if more than ½ hr)    FROM:          TO:

CIVIL NO. 3:22-cv-00869-JBA

Tonya Akes                                          Simon Carlo Franzini
                                                    Plaintiff's Counsel
            vs
Beiersdorf, Inc.                                    Kim E. Rinehart
                                                    Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑.....#46____Motion  Dismiss First Amended Complaint    ☐ granted ☐ denied ☑ advisement
☐.....#____Motion_____       ☐ granted ☐ denied ☐ advisement
☐.....#____Motion_____       ☐ granted ☐ denied ☐ advisement
☐.....#____Motion_____       ☐ granted ☐ denied ☐ advisement
☐.....#____Motion_____       ☐ granted ☐ denied ☐ advisement
☐.....#____Motion_____       ☐ granted ☐ denied ☐ advisement
☐.....#____Motion_____       ☐ granted ☐ denied ☐ advisement
☐.....     Oral Motion_____      ☐ granted ☐ denied ☐ advisement
☐.....     Oral Motion_____      ☐ granted ☐ denied ☐ advisement
☐.....     Oral Motion_____      ☐ granted ☐ denied ☐ advisement
☐.....     Oral Motion_____      ☐ granted ☐ denied ☐ advisement
☐.....     ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐..........     _____    ☐ filed ☐ docketed
☐..........     _____    ☐ filed ☐ docketed
☐..........     _____    ☐ filed ☐ docketed
☐..........     _____    ☐ filed ☐ docketed
☐..........     _____    ☐ filed ☐ docketed
☐..........     _____    ☐ filed ☐ docketed
☐..........     _____Hearing continued until_____ at _____