# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Tonya Akes and Samantha Kotcher, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Beiersdorf, Inc.<br><br>*Defendant*. | Case No. 3:22-cv-869-SVN<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Hon. Sarala V. Nagala |

The above-captioned Parties hereby stipulate and agree to dismiss all of Plaintiffs, Tonya Akes and Samantha Kotcher's, individual claims against Defendant Beiersdorf, Inc., without prejudice. *See* Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The claims of putative class members are also dismissed without prejudice.

Date: August 22, 2024                                Respectfully submitted,

                                                     By: */s/ Simon Franzini*

                                                     DOVEL & LUNER, LLP
                                                     Simon Franzini (Cal. Bar No. 287631)*
                                                     simon@dovel.com
                                                     Jonas B. Jacobson (Cal. Bar No. 269912)*
                                                     jonas@dovel.com
                                                     Grace Bennett (Cal. Bar No. 345948)*
                                                     grace@dovel.com
                                                     201 Santa Monica Blvd., Suite 600
                                                     Santa Monica, California 90401
                                                     Telephone: (310) 656-7066
                                                     Facsimile: (310) 656-7069

                                                     IZARD, KINDALL & RAABE LLP
                                                     Craig A. Raabe (ct04116)
                                                     Seth R. Klein (ct18121)
                                                     29 South Main Street, Suite 305
                                                     West Hartford, CT 06107
                                                     T: (860) 493-6292
                                                     F: (860) 493-6290
                                                     craabe@ikrlaw.com

                                                     * Admitted Pro Hac Vice

                                                     *Counsel for Plaintiffs*

                                                     By: */s/ Elizabeth M. Chiarello*


                                                     Elizabeth M. Chiarello*
                                                     echiarello@sidley.com
                                                     Caitlin A. Maly*
                                                     cmaly@sidley.com

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

Eamon P. Joyce*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
ejoyce@sidley.com

Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Telephone: (203) 498-4363
krinehart@wiggin.com

*Admitted Pro Hac Vice

*Counsel for Defendant*